*In re* MEDIDAS JUDICIALES PARA ATENDER EMERGENCIAS CAUSADAS POR LA TORMENTA TROPICAL EMILY.

*Número:* EM-2011-05          *Resuelto:* 2 de agosto de 2011

## RESOLUCIÓN

Ayer, 1 de agosto de 2011, el Servicio Nacional de Meteorología emitió un aviso de tormenta tropical e inundaciones para Puerto Rico. En vista de ello y salvaguardando la seguridad de los empleados, funcionarios y la ciudadanía que acude a los tribunales, se decretó la suspensión de los trabajos en la Rama Judicial y el cierre de las secretarías y de los tribunales durante todo el día de hoy, 2 de agosto de 2011, con cargo a la licencia por desastre natural.

Como resultado de lo anterior y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los Arts. 388–389 del Código Político de 1902 (1 L.P.R.A. secs. 72–73), por lo que se considerará el 2 de agosto de 2011, como si fuera un día feriado.

Cualquier término que haya de vencer ese día se extenderá hasta el próximo día laborable, 3 de agosto de 2011.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, interina.

> *(Fdo.)* Larissa Ortiz Modestti
> *Secretaria del Tribunal Supremo Interina*